11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12CR1252 CAB |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| CHRISTINA VEGA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 13, 2012, within the Southern District of California, defendant CHRISTINA VEGA, knowing and in reckless disregard of the fact that an alien, namely, Mayra Gonzalez-Santoyo, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/29/12.

LAURA E. DUFFY
United States Attorney

ANDREW R. HADEN
Assistant U.S. Attorney

ARHA:jam:Imperial
3/20/12